B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District Of Illinois

In re __Donnetta Diane Jefferson__,
　　　　　　　Debtor

Case No. __13 B 43077__

Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__ 　　Check one ☑ With the filing of the petition, or
　　　　　　　　　　　　　　☐ On or before _____

$ __76.50__ on or before __December 4, 2013__

$ __76.50__ on or before __January 3, 2014__

$ __76.50__ on or before __January 31, 2014__

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __NOV -7 2013__　　　　　　　　__/s/ Pamela S Hollis__
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge